# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** SALEM

**County** ESSEX

**Related Case Information:**
- Superseding Ind./ Inf.:    Case No.:
- Same Defendant:    New Defendant: ✓
- Magistrate Judge Case Number: 18-MJ-4288-DHH
- Search Warrant Case Number:
- R 20/R 40 from District of:

## Defendant Information:

**Defendant Name:** MALIK BENHAMZA    **Juvenile:** ☐ Yes ✓ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✓ No

**Alias Name:**

**Address:** (City & State) Algeria

**Birth date (Yr only):** 1985    **SSN (last4#):**    **Sex:** M    **Race:**    **Nationality:** FRENCH

**Defense Counsel if known:**    **Address:**

**Bar Number:**

## U.S. Attorney Information:

**AUSA** Elianna J. Nuzum    **Bar Number if applicable**

**Interpreter:** ☐ Yes ✓ No    List language and/or dialect:

**Victims:** ✓ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ✓ No

**Matter to be SEALED:** ☐ Yes ✓ No

✓ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of    in
☐ Already in State Custody at ——— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on

**Charging Document:** ☐ Complaint    ☐ Information    ✓ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ✓ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 08/17/2023    **Signature of AUSA:** *Elianna J. Nuzum*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____MALIK BENHAMZA_____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1204 | INTERNATIONAL PARENTAL KIDNAPPING | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____